# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>MOHAMMED TARIQ<br><br>_Defendant(s)_ | )<br>)<br>)   Case No. 1:21-MJ-319<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 22, 2021__ in the city/county of __Prince William__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 113(a)(5) | Simple assault against S.L., a three-year-old child. |

This criminal complaint is based on these facts:

See attached Affidavit.

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

SAUSA Colin Norton/AUSA Marc J. Birnbaum
_Printed name and title_

_Complainant's signature_

MSgt Kyle Skalsky, MCB Quantico PMO
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ _(specify reliable electronic means)_.

Date: September 23, 2021

_Judge's signature_

City and state:  Alexandria, Virginia      Hon. Michael S. Nachmanoff, U.S. Magistrate Judge
_Printed name and title_