IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:21-MJ-319 |
| MOHAMMED TARIQ, | |
| Defendant. | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Master Sergeant Kyle Skalsky, being duly sworn, state the following:

1. I am the Operations Chief of the Provost Marshal's Office (PMO) at Marine Corps Base Quantico. I graduated from the Military Police Officer School in March 2006. Since 2006, I have worked at various positions throughout the Marine Corps as a Military Police Officer. My duty as the Operations Chief at Marine Corps Base Quantico started in October 2020. As the Operations Chief, I am the senior enlisted law enforcement officer of PMO.

2. This affidavit is submitted in support of a criminal complaint charging that on or about September 22, 2021, at Camp Upshur onboard Marine Corps Base Quantico, within the Special Maritime and Territorial Jurisdiction of the United States within the Eastern District of Virginia, MOHAMMED TARIQ did commit simple assault against S.L., a three-year-old child, in violation of Title 18, United States Code, Section 113(a)(5).

3. The facts and information contained in this affidavit are based upon my personal knowledge and observations during the course of this investigation, information conveyed to me by other individuals, including law enforcement officers, and my review of records, documents, and other evidence obtained during the investigation. This affidavit contains information

1

necessary to support probable cause, but it is not intended to include each and every fact and matter observed by me or known to the United States.

4.    United States Marines patrol Camp Upshur on foot as part of the security force assigned to the Operation Afghan Refugee facility at Marine Corps Base Quantico.

5.    At approximately 9:10 p.m., on September 22, 2021, four Marines observed TARIQ near S.L. within a facility at Camp Usher.  Marines observed TARIQ pat S.L. on the head, kiss her around the neck, face, and top of her head, and firmly caress her on her chest, back, buttocks, and vagina.  (TARIQ touched S.L. over her clothes.)  S.L. tried to push away from TARIQ and leave, but TARIQ grabbed S.L.'s arm and brought S.L. back to him and continued to touch her.  Marines subsequently intervened and contacted PMO.  PMO detained TARIQ and contacted the Federal Bureau of Investigation.

6.    Based on the foregoing, I submit that there is probable cause to believe that on or about September 22, 2021, at Camp Upshur onboard Marine Corps Base Quantico, within the Special Maritime and Territorial Jurisdiction of the United States within the Eastern District of Virginia, MOHAMMED TARIQ did commit simple assault against S.L., a three-year-old child, in violation of Title 18, United States Code, Section 113(a)(5).

Respectfully submitted,

MSgt Kyle Skalsky
Operations Chief, MCBQ PMO

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by telephone on September 23, 2021.

Hon. Michael S. Nachmanoff
United States Magistrate Judge
Alexandria, Virginia