# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

v.

_Mohammed Tariq_

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

CASE NO. 1:21-mJ-319

Upon motion of the United States Government, it is hereby ORDERED that a detention hearing is set for _9/28/2021_ at _2:00 pm (TCB)_ in Courtroom _500_ at 401 Courthouse Square, Alexandria, Virginia.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

/s/
Michael S. Nachmanoff
United States Magistrate Judge
~~Theresa Carroll Buchanan~~
~~United States Magistrate Judge~~

---

*If not held immediately upon defendant's first appearance, the hearing maybe continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

/s/
Michael S. Nachmanoff
United States Magistrate Judge